```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

UNITED ASSOCIATION OF PLUMBERS
AND PIPEFITTERS, LOCAL 619                                PLAINTIFF

VS.                            CIVIL ACTION NO. 5:05-cv-30(DCB)(JMR)

LEWIS MECHANICAL CONTRACTORS                              DEFENDANT

## FINAL DEFAULT JUDGMENT

This cause having come before the Court on the plaintiff's motion for default judgment, and the defendant having been duly served with the summons and Complaint, and having failed to plead or otherwise defend, and this default having been duly entered and the defendant having taken no proceedings since such default was entered, and the Court having received evidence ascertaining the amount of the damages, which are liquidated or capable of mathematical calculation; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that the plaintiff, United Association of Plumbers and Pipefitters, Local 619, be, and it is hereby, awarded a judgment against the defendant, Lewis Mechanical Contractors, Inc., in the total sum of $20,144.16, together with all costs of this suit, which judgment shall bear interest at the rate of 5.09% per annum.

SO ORDERED AND ADJUDGED, this the 31st day of October, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE